## GATES v. MARBLE.

KENDIG v. MARBLE, *ante*, 386, FOLLOWED.

*Appeal from Grundy Circuit Court.*

SATURDAY, DECEMBER 17, 1880.

THIS is an action to foreclose a mortgage. There was a decree for the plaintiff. Defendant appeals..

*E. W. Eastman* and *Fred. Gilman*, for appellant.

*Hemenway & Polk* and *E. P. Baker*, for appellee.

ROTHROCK, J.—This appeal involves the same questions which have been determined in *Kendig v. Marble*, 386. Following that case, the decree in this must be

REVERSED.

ADAMS, CH. J., *dissenting*.